PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Roger Ross

Cr.: 17-00266
PACTS #: 3157423

Name of Sentencing Judicial Officer: **THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE**

Date of Original Sentence: 12/20/2017

Original Offense: 18:111(a)(1); ASSAULT ON FEDERAL EMPLOYEE

Original Sentence: 6 months custody, 2 years supervised release

Special Conditions: Special Assessment, Drug Testing/Treatment, Location Monitoring Program, Mental Health Treatment, Life Skills/Education, Supporting Dependents

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/04/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On May 8, 2018, an instant urine screen yielded positive for marijuana. On May 14, 2018, the sample came back positive from the national lab confirming the positive result. |

U.S. Probation Officer Action:
The offender was admonished and will be referred for drug treatment.

Respectfully submitted,
*Kevin Villa*
By: Kevin Villa
    Senior U.S. Probation Officer
Date: 05/15/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/18/18
_____
Date