PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Roger Ross     Cr.: 17-00266-001
                                  PACTS #: 3157423

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/20/2017

Original Offense:   Count One: Assaulting/Resisting/Impeding Officers/Employees, 18:111.F

Original Sentence: 6 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Educational Services, Location Monitoring Program, Mental Health Treatment, Support Dependents

Type of Supervision: Supervised Release     Date Supervision Commenced: 05/04/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 21, 2019, Roger Ross was arrested by the New York City, New York Police Department and charged with endangering the welfare of a minor, menacing, and criminal possession of a weapon. He was released the same day pending his next court appearance on March 21, 2019. |

U.S. Probation Officer Action:
PO admonished the offender. Our office will closely monitor this matter and advise the court of any updates.

Respectfully submitted,

By: Kevin Villa
    Senior U.S. Probation Officer
Date: 02/22/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)
☐ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

2/25/19
_____
Date