PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Roger Ross                                    Cr.: 17-00266-001
                                                                PACTS #: 3157423

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/20/2017

Original Offense:   Count One: Assaulting/Resisting/Impeding Officers/Employees, 18:111.F

Original Sentence: 6 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Educational Services, Location Monitoring Program, Mental Health Treatment, Support Dependents

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/04/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On May 21, 2019, our office was notified by the U.S. Probation Office in the Southern District of New York that during their initial visit with Mr. Ross on May 14, 2019, he tested positive for marijuana. Mr. Ross admitted to the probation officer in the Southern District of New York that he smoked marijuana on or about April 30, 2019. The sample was sent to the lab, which validated the positive for marijuana on May 20, 2019. |

U.S. Probation Officer Action:
Offender was admonished and placed in drug treatment.

Respectfully submitted,
By: Kevin Villa
    Senior U.S. Probation Officer
Date: 05/22/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/23/19
Date